# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **LENTONIO M. SWANSON** ] | |
| Petitioner, ] | |
| ] | |
| v.            ] | No. 3:11-0727 |
| ] | Judge Sharp |
| **ROLAND COLSON, WARDEN, et al.** ] | |
| Respondents. ] | |

## O R D E R

On July 29, 2011, the petitioner, proceeding *pro se*, filed a petition (Docket Entry No.1) under 28 U.S.C. § 2254, for writ of habeas corpus.

The Court examined the petition and concluded that the petitioner had stated a colorable claim for relief. Accordingly, an order (Docket Entry No.4) was entered directing the respondents to file an answer, plead or otherwise respond to the petition.

Presently pending before the Court is the respondents' Motion to Dismiss (Docket Entry No.14) the petition. They argue that the petitioner's untimely death has rendered his claims for relief moot.

The respondents have submitted exhibits showing that the petitioner died of natural causes in his cell on September 10, 2011. Petitioner's death has rendered any relief that this Court might have awarded him moot. As a consequence, the respondents'

Motion to Dismiss is hereby GRANTED. <u>McMann v. Ross</u>, 396 U.S. 118 (1969); *see also*, <u>Krantz v. United States</u>, 224 F.3d 125 (2d Cir.2000); <u>Garceau v. Woodford</u>, 399 F.3d 1101 (9th Cir.2005); <u>Hillman v. McCaughtry</u>, 14 F.3d 350 (7th Cir.1994).

It is so ORDERED.

_____
Kevin H. Sharp
United States District Judge